IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lonny Bristow,                         :

    Plaintiff,                    :

  v.                                   :   Case No. 2:08-cv-0250

William A. Eleby,                     :   JUDGE MARBLEY

    Defendant.                    :

## ORDER

    This matter is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 8, 2008. The time for filing objections has passed, and no objections have been filed. Therefore the Court adopts the Report and Recommendation (#49). The defendant's motion for judgment on the pleadings (#27) is granted with respect to Mr. Bristow's claim for monetary damages and is denied with respect to Mr. Bristow's claim for injunctive relief.

                                       s/Algenon L. Marbley
                                       Algenon L. Marbley
                                       United States District Judge